NUMBER13-05-224-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________

 

DIANA
TORRES,                                                      Appellant,

 

                                           v.

 

PALACIOS
HOUSING AUTHORITY,                               Appellee.

_______________________________________________________

 

                      On appeal from the County Court

                         of Matagorda
County, Texas.

_______________________________________________________

 

                     MEMORANDUM OPINION

 

                Before Justices
Hinojosa, Yañez, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, DIANA
TORRES, perfected an appeal from a judgment entered by the   County Court of Matagorda
County, Texas, in cause number 5002.  The clerk=s record was filed on May 16, 2005.  A
supplemental clerk=s record was filed on
May 23, 2005.  No reporter=s record was filed.  Appellant=s brief was due on June 22, 2005.  To date, no
appellate brief has been received.  In
addition, appellant has failed to pay the $125.00 filing fee in this matter.

When the appellant has
failed to file a brief in the time prescribed, the Court may dismiss the appeal
for want of prosecution, unless the appellant reasonably explains the failure
and the appellee is not significantly injured by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On July
25, 2005, notice was given to all parties that this appeal was subject to
dismissal pursuant to Tex. R. App. P. 38.8(a)(1).  Appellant was given ten days to explain why
the cause should not be dismissed for failure to file a brief.  To date, no response has been received.

The Court, having
examined and fully considered the documents on file, appellant=s failure to pay the
$125.00 filing fee and to file a proper appellate brief,  this Court=s notice, and appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

 

Memorandum Opinion delivered and 

filed this the 30th day of August, 2005